# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

Robert P. Young, Jr.,
Chief Justice

150519

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re CAMPBELL/METCALF, Minors.

SC: 150519
COA: 319946
Oakland CC Family Division:
12-802524-NA

_____/

On order of the Court, the application for leave to appeal the August 21, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



Clerk

p1222